UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CARL A. CHRISTIAN            : CIVIL ACTION NO.

VERSUS            : JUDGE

UNITED STATES OF AMERICA            : MAGISTRATE JUDGE HORNSBY

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes CARL A. CHRISTIAN made plaintiff herein who respectfully submits and alleges as follows:

1.

Plaintiff is a resident and domiciliary of Bossier City, Louisiana, and a person entitled to medical benefits with the U. S. Department of Veterans Affairs.

2.

Made defendant herein is the United States of America, as the employer of certain doctors, nurses and employers at the Shreveport VA Medical Center and this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1346(b) and 2671-2680.

3.

Plaintiff obtained a 360 degree fusion for his back in 1988 at the VA and has had chronic pain from postlaminectomy syndrome ever since.

4.

As a result of the 360 degree fusion and other back surgeries, plaintiff had significant scarring in and on his back.

5.

In February of 2006 plaintiff went to the VA Hospital in Shreveport to obtain relief from pain.

6.

Specifically, on February 24, 2006, plaintiff was referred to the Pain Clinic at the VA Hospital and received a caudal steroid injection from Dr. Harsh Sachdeva, an employee of the VA.

7.

According to the Operative Report a 16 gauge needle was used to pierce plaintiff's sacrococcygenl ligament. A guide wire was place through the needle, but the needle got "bent" at the S2 level.

8.

The guide wire pierced the dura in plaintiff's back and harm and damages occurred.

9.

There was a breach in the standard of care as plaintiff was not an anatomical candidate for an epidural injection since he had scarring from both anterior and posterior surgery in his lumbar area plus other epidural scarring from injections. The failure to see and account for plaintiff's condition and prepare for it amounts to negligence.

10.

Plaintiff suffered and continues to suffer injuries as a result of the failed laminectomy including, but not limited to:

    A. Loss of motor and sensory function;

    B. Physical and mental pain and suffering; and

    C. Such other injuries as may be proved at trial.

11.

As a result of all of the above, plaintiff is entitled to reasonable general and all special damages past, present and future from the defendant.

12.

The United States of America is the proper defendant in actions against its employees for their faults, negligence and breach in the standard of care.

13.

Plaintiff submitted an administrative claim to the U. S. Department of Veterans Affairs in November of 2006 setting out a stated monetary demand.

14.

On December 28, 2009, the Department of Veterans Affairs denied plaintiff's claim.

15.

Experts may have to be called to testify at the trial of this matter and plaintiff is entitled to recover the costs for same as costs of court.

16.

A jury trial is demanded.

WHEREFORE, plaintiff, CARL A. CHRISTIAN, prays that after citation, service, due proceedings and a trial before a jury be had that he have judgment against the UNITED STATES OF AMERICA for reasonable general damages and all special damages together with all such other relief as he may be entitled together with court costs, fees for experts, judicial interest and all such other relief as may be fair, just and equitable.

Respectfully submitted,

LAW OFFICES OF J. RANSDELL KEENE

By: _____
J. Ransdell Keene, LA BRN 07673

725 Southfield Road
Shreveport, Louisiana 71106
(318)219-3921
(318)219-3920 (fax)

Attorney for Carl A. Christian

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CARL A. CHRISTIAN : CIVIL ACTION NO.

VERSUS : JUDGE

UNITED STATES OF AMERICA : MAGISTRATE JUDGE HORNSBY

**VERIFICATION**

STATE OF LOUISIANA

PARISH OF CADDO

BEFORE ME, the undersigned authority, personally came and appeared:

CARL A. CHRISTIAN

who, after being duly sworn, did depose and state that:

He is the plaintiff in the foregoing complaint, and that all allegations contained in said complaint are true and correct to the best of his knowledge, information and belief.

*Carl A. Christian*

SWORN TO AND SUBSCRIBED before me, the undersigned Notary Public, on this the 21st day of June, 2010.

*Notary Public*

LISA H. BOGGS
NOTARY ID # 1316
CADDO PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE