UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| CARL A. CHRISTIAN | : | NUMBER 10-1022 |
| VERSUS | : | JUDGE WALTER |
| THE UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE HORNSBY |

**JOINT STIPULATION OF DISMISSAL**

Now Into Court, through undersigned counsel, comes plaintiff, Carl A. Christian, and defendant, the United States of America, who suggest to the Court that the above numbered and titled action has been settled by way of compromise, and further suggest that plaintiff desires to dismiss this action, with prejudice, pursuant to Fed. R. Civ. P.41 (a)(1)(ii).

Respectfully submitted,

*s/ J. Ransdell Keene*

_____
J. RANSDELL KEENE #7673
725 Southfield Road
Shreveport, LA 71106
(318) 219-3921// Fax: (318) 219-3920

COUNSEL FOR PLAINTIFF

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY

*s/ John A. Broadwell*
By: _____
JOHN A. BROADWELL  #1733
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA  71101-3068
Telephone: (318) 676-3610 // Fax: (318) 676-3642

COUNSEL FOR DEFENDANT